# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wilson, Stephen V. | 2. Court or Organization  U.S. District Court | 3. Date of Report  01/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  [ ] Nomination  Date  [ ] Initial  [✓] Annual  [ ] Final  5b. [✓] Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
350 W. 1st Street Suite 4311
Los Angeles, CA 90012-4565

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3. Sandpiper LTD - Partner | D | Distribution | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5. Capri - NY, NY | G | Distribution | P2 | W | | | | | |
| 6. Malibu - NY, NY | G | Distribution | P2 | W | | | | | |
| 7. Note - Zheng/Chen | D | Interest | M | T | | | | | *see explanation |
| 8. Malibu-NY, NY | E | Distribution | P2 | W | Sold (part) | 08/11/17 | N | G | Simon & Wendi Li |
| 9. City Natl Bank Cash Acct | A | Interest | K | T | | | | | |
| 10. Bonds/CDs : | | | | | | | | | |
| 11. BROKERAGE ACCT #1 | | | | | | | | | |
| 12. UB Highmark Div. MM | A | Interest | L | T | | | | | *see explanation |
| 13. CA St GO | C | Interest | M | T | | | | | |
| 14. LA CA Uni Scl Dist | B | Interest | | | Redeemed | 07/01/17 | L | | *see explanation |
| 15. Goldman Sacks Bk CD | C | Interest | M | T | | | | | *see explanation |
| 16. Ally Bk Midvale CD | C | Interest | M | T | | | | | *see explanation |
| 17. BMW Bk No Amer. CD | B | Interest | M | T | | | | | *see explanation |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comenity Cap Bk CD | C | Interest | M | T | | | | | *see explanation |
| 19. BROKERAGE ACCT #2 | | | | | | | | | |
| 20. IRA - Rochdale Prime MM Fund | F | Distribution | O | T | | | | | *see explanation |
| 21. " " " " | B | Interest | | | | | | | |
| 22. GNMA | A | Interest | J | T | | | | | |
| 23. Fed Hom Loan Bank | A | Interest | | | Redeemed | 11/14/16 | M | | *see explanation |
| 24. Pacific Western Bk CD | | | M | T | Buy | 02/15/17 | M | | |
| 25. " " " | B | Interest | | | Redeemed | 11/15/17 | M | | |
| 26. ZB NA CD | | None | M | T | Buy | 07/06/17 | M | | |
| 27. Fed Farm Credit Bk | B | Interest | M | T | Buy | 03/01/17 | M | | |
| 28. Fed Natl. Mort Assn | A | Interest | M | T | | | | | |
| 29. CN Rochele Gov't MM | D | Interest | | | Redeemed | 12/20/17 | J | | |
| 30. U.S. T Bill | | None | K | T | Buy | 12/20/17 | K | | |
| 31. CA ST Bonds | C | Interest | N | T | | | | | |
| 32. BROKERAGE ACCT #3 | | | | | | | | | |
| 33. CA ST RFDG | B | Interest | | | Redeemed | 11/01/17 | L | | |
| 34. CA ST Var Purp | C | Interest | | | Redeemed | 11/01/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  RMA Fund Inc | C | Interest | K | T | | | | | |
| 36.  U.S. T Bill | | None | P1 | T | Buy | 12/20/17 | P1 | | |
| 37.  BROKERAGE ACCT #4 | | | | | | | | | |
| 38.  JP Morgan Dep Acct | A | Interest | L | T | | | | | |
| 39.  State of CA | C | Interest | M | T | | | | | |
| 40.  U.S. T Bill | | None | P1 | T | Buy | 12/19/17 | P1 | | |
| 41.  Top Ships Inc | | None | | | Redeemed | 05/11/17 | | | |
| 42.  BROKERAGE ACCT #5 | | | | | | | | | |
| 43.  Morgan Stanley MM | A | Interest | P1 | T | | | | | |
| 44.  CA ST Var Purp | A | Interest | K | T | | | | | |
| 45.  CA CT Var Purp | C | Interest | L | T | | | | | |
| 46.  CA ST Var Purp | C | Interest | L | T | | | | | |
| 47.  CA ST | D | Interest | M | T | | | | | |
| 48.  CA ST Var Purp | D | Interest | M | T | | | | | |
| 49.  City of LA | D | Interest | | | Redeemed | 03/30/17 | N | | |
| 50.  Bank of India CD | | | M | T | Buy | 02/24/17 | M | | |
| 51.  " " " | A | Interest | | | Redeemed | 05/30/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " | | | M | T | Buy | 06/06/17 | M | | |
| 53. " " " | A | Interest | | | Redeemed | 09/13/17 | M | | |
| 54. " " " | | | M | T | Buy | 09/14/17 | M | | |
| 55. " " " | A | Interest | | | Redeemed | 12/13/17 | M | | |
| 56. Bank Baroda CD | | | M | T | Buy | 02/24/17 | M | | |
| 57. " " " | A | Interest | | | Redeemed | 05/30/17 | M | | |
| 58. " " " | | | M | T | Buy | 06/06/17 | M | | |
| 59. " " " | A | Interest | | | Redeemed | 09/11/17 | M | | |
| 60. " " " | | | M | T | Buy | 09/21/17 | M | | |
| 61. " " " | A | Interest | | | Redeemed | 12/21/17 | M | | |
| 62. Mizrah Tefahot CD | | | M | T | Buy | 02/24/17 | M | | |
| 63. " " " | A | Interest | | | Redeemed | 06/02/17 | M | | |
| 64. " " " | | | M | T | Buy | 06/06/17 | M | | |
| 65. " " " | A | Interest | | | Redeemed | 08/14/17 | M | | |
| 66. " " " | | | M | T | Buy | 09/05/17 | M | | |
| 67. " " " | A | Interest | | | Redeemed | 12/05/17 | M | | |
| 68. First Natl Bk CD | | | M | T | Buy | 02/24/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " " " " | A | Interest | | | Redeemed | 06/05/17 | M | | |
| 70. Essex Bk CD | | | L | T | Buy | 02/24/17 | L | | |
| 71. " " " | A | Interest | | | Redeemed | 07/03/17 | L | | |
| 72. Texana NA CD | | | M | T | Buy | 02/24/17 | M | | |
| 73. " " " | A | Interest | | | Redeemed | 06/30/17 | M | | |
| 74. Metabank Storm CD | | | M | T | Buy | 06/06/17 | M | | |
| 75. " " " | A | Interest | | | Redeemed | 09/14/17 | M | | |
| 76. " " " | | | M | T | Buy | 09/15/17 | M | | |
| 77. " " " | A | Interest | | | Redeemed | 12/28/17 | M | | |
| 78. State Bk Ind NY CD | | | M | T | Buy | 06/06/17 | M | | |
| 79. " " " " | A | Interest | | | Redeemed | 09/18/17 | M | | |
| 80. Compass Bk CD | | | M | T | Buy | 06/06/17 | M | | |
| 81. " " " | A | Interest | | | Redeemed | 09/15/17 | M | | |
| 82. " " " | | | M | T | Buy | 09/15/17 | M | | |
| 83. " " " | A | Interest | | | Redeemed | 12/15/17 | M | | |
| 84. | | | | | | | | | |
| 85. BROKERAGE ACCT #6 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bank of America NA RASP | A | Interest | J | T | | | | | |
| 87. ML Short Term Global Income Black Rock IRRA | D | Distribution | K | T | | | | | |
| 88. Mutual Fund - Muni Inv Trust | A | Interest | K | T | | | | | |
| 89. ML Bank USA RASP CMA Fund | B | Interest | K | T | Redeemed (part) | 10/03/17 | K | | |
| 90. Santander Bk CD | A | Interest | | | Redeemed | 08/10/17 | M | | |
| 91. Sallie Mae Bk CD | B | Interest | M | T | | | | | |
| 92. Everbank CD | A | Interest | | | Redeemed | 08/11/17 | M | | |
| 93. Wells Fargo CD | B | Interest | | | Redeemed | 11/17/17 | M | | |
| 94. Safra Natl Bk CD | | None | K | T | Buy | 10/19/17 | K | | |
| 95. Goldman Sacks CD | | None | L | T | Buy | 10/11/17 | L | | |
| 96. Berkshire Bk CD | | None | L | T | Buy | 10/11/17 | L | | |
| 97. Discover Bk CD | | None | L | T | Buy | 10/12/17 | L | | |
| 98. Ally Bk CD | | None | L | T | Buy | 10/12/17 | L | | |
| 99. BMO Harris Bk CD | | None | L | T | Buy | 10/13/17 | L | | |
| 100. BROKERAGE ACCT #7 | | | | | | | | | |
| 101. Gen Treas MM Fund | | None | | | Closed | 07/18/17 | K | | |
| 102. BROKERAGE ACCT #8 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MM Funds - RBC | A | Interest | J | T | | | | | |
| 104. State of CA GO | B | Interest | L | T | | | | | |
| 105. U.S. T Bill | | None | O | T | Buy | 12/26/17 | O | | |
| 106. BROKERAGE ACCT #9 | | | | | | | | | |
| 107. WF Bank N.A./ WF Fin. Natl. Bk. | A | Interest | P1 | T | | | | | |
| 108. CA ST Var Purp | C | Interest | M | T | | | | | |
| 109. CA ST Var Purp | D | Interest | M | T | Redeemed (part) | 09/19/17 | | | * see explanation |
| 110. CA ST | | None | M | T | Buy | 09/19/17 | M | | |
| 111. CA ST | | None | K | T | Buy | 09/19/17 | K | | |
| 112. CA ST FGIC | A | Interest | J | T | | | | | |
| 113. CA ST Var Purp | B | Interest | | | Redeemed | 06/01/17 | K | | |
| 114. CA ST RFDG | A | Interest | J | T | | | | | |
| 115. CA ST | B | Interest | M | T | | | | | |
| 116. CA ST Var Purp | D | Interest | M | T | | | | | |
| 117. CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 118. | | | | | | | | | |
| 119. CA ST Var Purp | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CA St Var Purp | D | Interest | M | T | | | | | |
| 121. JP Morgan Chase CD | C | Interest | M | T | | | | | |
| 122. BMO Harris Bk CD | B | Interest | | | Redeemed | 04/10/17 | M | | |
| 123. ZBNA CD | B | Interest | | | Redeemed | 04/10/17 | M | | |
| 124. " " | | | M | T | Buy | 04/27/17 | M | | |
| 125. Bk of China CD | B | Interest | | | Redeemed | 03/29/17 | M | | |
| 126. Synchrony Bk CD | B | Interest | | | Redeemed | 03/22/17 | M | | |
| 127. Comenity Cap Bk CD | A | Interest | M | T | | | | | |
| 128. Safra Natl Bk CD | | | M | T | Buy | 01/25/17 | M | | |
| 129. " " " | B | Interest | | | Redeemed | 11/01/17 | M | | |
| 130. Fed Farm Credit Bk Bds | C | Interest | N | T | Buy | 02/28/17 | N | | |
| 131. Fed Hm Ln Bk | | | N | T | Buy | 03/17/17 | N | | |
| 132. " " " | B | Interest | | | Redeemed | 09/15/17 | N | | |
| 133. Beal Bk CD | | None | M | T | Buy | 04/11/17 | M | | |
| 134. Barclays Bk CD | | None | M | T | Buy | 07/12/17 | M | | |
| 135. U.S. T Bill | | | O | T | Buy | 07/24/17 | O | | |
| 136. " " " | B | Interest | | | Redeemed | 10/26/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. U.S. T Bill | | | O | T | Buy | 08/28/17 | O | | |
| 138. " " | B | Interest | | | Redeemed | 12/21/17 | O | | |
| 139. U. S. T Bill | | | O | T | Buy | 08/28/17 | O | | |
| 140. " " | B | Interest | | | Redeemed | 11/24/17 | O | | |
| 141. CA St. Var Purp | A | Interest | M | T | Buy | 11/01/17 | M | | |
| 142. CA ST Var Purp | A | Interest | K | T | Buy | 11/01/17 | K | | |
| 143. L.A. CA Dept Water & Pwr | D | Interest | N | T | Buy | 11/13/17 | N | | |
| 144. U.S. T Bill | | None | O | T | Buy | 12/14/17 | O | | |
| 145. | | | | | | | | | |
| 146. BROKERAGE ACCT #10 | | | | | | | | | |
| 147. WF Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 148. General Elec Co | A | Interest | | | Redeemed | 12/06/17 | J | | |
| 149. Yuba | B | Interest | | | Redeemed | 09/01/17 | K | | |
| 150. General Motors | A | Dividend | K | T | | | | | |
| 151. CA ST GO | A | Interest | J | T | | | | | *see explanation |
| 152. Basset CA Unified | B | Interest | | | Redeemed | 08/01/17 | J | | |
| 153. Metropolitan Water Dist | B | Int./Div. | | | Redeemed | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Orange Co CA Santn | A | Interest | | | Redeemed | 02/01/17 | J | | *see explanation |
| 155. Note -Min Ou | D | Interest | L | T | | | | | *see explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   Investments and Trusts:

Line 12:     UB Highmark Div MM:    Column C (1): should be L at end of 2016

Lines 14 - 18:
LA CA Uni     Not redeemed in 2016  -  Redeemed in 2017
Goldman Sachs   Not redeemed in 2016 - still open
Ally Bk    Not redeemed in 2016 - still open
BMW Bk    Not redeemed in 2016 - still open
Comenity Bk     Not redeemed in 2016 - still open

Line 20-21:    There was a distribution taken and interest earned on same account.

Line 23:    Fed Hm Loan Bk - was redeemed 11/14/16

Lines 109-111
This was an exchange.   109 exchanged to lines 110 and 111

Line 151:   CA ST GO:    still active

Line 154: Orange County CA Santn:   this was purchased on 2/22/16 - should have been on last year report

AMENDED 1/15/2020:
Line 7:   This was a loan which should have been on previous report

Line 155:  This is a loan which should have been on previous report

Question re line 46 in prior (2016)report:   WF Bank Deposit Sweep:
I had two separate Wells Fargo Accounts.  In 2017 I consolidated the two.  The asset is now
listed under Brokerage Acct #9 -- Lines 106-107

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 01/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544